# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1149**

**KA 08-01880**

PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                 MEMORANDUM AND ORDER

DAMONE D. BELL, DEFENDANT-APPELLANT.

---

ALAN BIRNHOLZ, EAST AMHERST, FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (DONNA A. MILLING OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Erie County Court (Thomas P. Franczyk, J.), rendered July 16, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and attempted criminal possession of a weapon in the second degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his guilty plea, of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]) and attempted criminal possession of a weapon in the second degree (§§ 110.00, 265.03 [3]). Contrary to defendant's contention, his " 'waiver [of the right to appeal] is not invalid on the ground that [County Court] did not specifically inform [him] that his general waiver of the right to appeal encompassed the court's suppression rulings' " (*People v Graham*, 77 AD3d 1439, 1439, *lv denied* 15 NY3d 920). Thus, defendant's contention that the court erred in refusing to suppress contraband found on his person and in the vehicle in which he was a passenger is encompassed by his valid waiver of the right to appeal (*see People v Kemp*, 94 NY2d 831, 833).

Entered:  November 18, 2011                       Patricia L. Morgan
                                                  Clerk of the Court